**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, PHH Mortgage Corporation, <br><br>    Appellants, <br><br>    v. <br><br>Kevin Randall Krone, <br><br>    Appellee. | Case No.: 2:24-cv-00960-DJC <br><br> Bankruptcy Case No. 15-21528-A-13 <br><br> Adversary Proceeding No. 22-02038-C <br><br><br> **ORDER GRANTING APPELLANTS' MOTION TO DISMISS APPEAL** |

The matter having been brought before the Court by way of Appellants Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, and PHH Mortgage Corporation's (collectively, "Appellants") Motion to Dismiss Appeal pursuant to Federal Bankruptcy Procedure Rule 8023(b), and Federal Rule of Civil Procedure Rule 41(a)(1)(A), and for good cause showing, Appellants' Motion to Dismiss Appeal is hereby GRANTED; Appellants' appeal, bearing case number 2:24-cv-00960-DJC, is DISMISSED.

**IT IS SO ORDERED.**

Dated:  June 12, 2024                         /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE